Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

LUKE CUSACK,                   Case No. 4:11-bk-32452-JMM

                                     (Chapter 11)

    Debtor.                MOTION TO QUASH 2004 ORDERS

COMES NOW, Luke Cusack, Debtor by and through his counsel undersigned and files this Motion to Quash the Orders Granting 2004 Exam requested by Jason P. Turetsky, creditor, through his counsel, Elizabeth D. Bushell. In support thereof debtor alleges as follows:

1. This voluntary Chapter 11 case was filed on November 23, 2011.

2. The case was confirmed by Order of this Court on

3. Jason Turetsky, a creditor in the case, participated in a settlement of business related issues through his counsel and debtor's special counsel Monroe, McDonough and Goldschmidt. The Settlement Agreement was included in the Confirmation Order entered by this Court.

4. Mr. Turetsky who was well aware of this Bankruptcy now seeks information from the debtor post confirmation.

5. Mr. Turetsky further exacerbates this matter by having filed a UCC post confirmation on a pre-petition debt in violation of the Confirmation Order and seeks to collect on pre-

1

petition debt that had been unsecured.

6. Debtor believes Mr. Turetsky's opportunity to obtain any information regarding this case and the assets of this Debtor have expired and in fact, this Court may have no further jurisdiction to grant such relief.

7. Debtor believes cause exists for any 2004 Orders granted post confirmation to be quashed.

WHEREFORE debtor moves this Honorable Court for an Order quashing the 2004 exam Orders entered post confirmation and for such other relief as this Court deems appropriate.

DATED: October 31, 2012.

        LAW OFFICES OF
        ERIC SLOCUM SPARKS, P.C.

        /s/ Sparks AZBAR #11726
        Eric Slocum Sparks
        Attorney for Debtor

Copies of the foregoing
mailed October 31, 2012 to:

Elizabeth C. Amorosi, Esq.
Asst. U.S. Trustee
United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Matthew H. Mason, Esq.
Carson Messinger PLLC
P O Box 33907
Phoenix, AZ 85067
Attorney for Flagstar Bank

Lawrence E. Wilk, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Ave.
Suite 2000
Phoenix, AZ 85012
Attorney for Sunrise Bank of Arizona

Leonard J. McDonald, Esq.
Tiffany & Bosco PA
2525 E. Camelback Rd. #300

| | |
|---|---|
| 1 | Phoenix, AZ 85016<br>Attorney for Bank of America NA |
| 2 | |
| 3 | Grant Winston, Esq.<br>Pima County Attorney's Office<br>32 N. Stone #2100 |
| 4 | Tucson, AZ 85701<br>Attorney for Pima County |
| 5 | |
| 6 | Elizabeth D Bushell<br>Elizabeth D Bushell, PLC<br>8987 E Tanque Verde Rd #309-171 |
| 7 | Tucson, AZ 85749<br>Attorney for Jason P Turetzky |
| 8 | |
| 9 | |
| 10 | /s/ K. Horak |

3